DANIEL B. HALSTEAD et al., as Executors, etc., Respondents, *v.* GEORGE W. STRIKER, as Executor, etc., Impleaded, etc., Appellant.*

(Argued January 18, 1895; decided February 5, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 17, 1893, which sustained plaintiff's exceptions, set aside a verdict in favor of defendant and granted a new trial.

*Archibald L. Sessions* for appellant.

*John A. Taylor* for respondents.

Agree to affirm and for judgment absolute in favor of plaintiff, on opinion below.
All concur.
Order affirmed and judgment accordingly.

